# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-0750
_____

EMANUEL MARQUEZ RENTZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Columbia County.
Leandra G. Johnson, Judge.


June 25, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, BILBREY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, Pamela D. Presnell, Assistant
Public Defender, Tallahassee, Appellant.

Ashley Moody, Attorney General, Virginia Chester Harris, Senior
Assistant Attorney General, Tallahassee, Appellee.